On modified ballot titles filed April 18,* modified ballot titles certified
April 26, 2002

David J. HUNNICUTT,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49172, S49176)
(Consolidated for Review and Opinion)

45 P3d 136

No appearance for petitioner.

Jas. Jeffrey Adams, Assistant Attorney General, Salem, filed the filing of modified ballot titles for respondent. With him on the filing were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

---

* 333 Or 610, 43 P3d 1114 (2002) (referring ballot titles for modification).

The court in these consolidated ballot title review proceedings determined that the Attorney General's certified ballot titles for two proposed initiative measures, which the Secretary of State denominated as Initiative Petitions 145 and 149 (2002), failed to comply substantially with statutory standards. *Hunnicutt v. Myers*, 333 Or 610, 43 P3d 1114 (2002). Under ORS 250.085(8), the court referred the ballot titles to the Attorney General for modification. The Attorney General has filed modified ballot titles for the proposed initiative measures, and no party to the ballot title review proceeding has objected. *See* ORS 250.085(9) (setting out period within which party may object to modified ballot title and requiring court to certify modified ballot title if no objection filed).

The modified ballot title for Initiative Petition 145 (2002) states:

"PROHIBITS ADDING PRIME/HIGH-VALUE FARMLAND, PRIME FORESTLAND TO WILLAMETTE VALLEY URBAN GROWTH BOUNDARIES; EXCEPTIONS

"RESULT OF 'YES' VOTE    'Yes' vote prohibits adding parcels of predominantly prime or high-value farmland, or prime forestland, to urban growth boundary expansions in Willamette Valley, with exceptions.

"RESULT OF 'NO' VOTE:    'No' vote retains laws allowing inclusion of land designated for agriculture, forestry within urban growth boundaries upon showing of specified needs, unavailability of other land.

"SUMMARY:   Current law allows including within urban growth boundary of city or metropolitan service area land designated in acknowledged comprehensive plan for agriculture, forestry, upon requisite showing of need for land or unavailability of other land to meet demonstrated need; agricultural, forestland statewide planning goals are inapplicable within urban growth boundaries. Measure prohibits expanding urban growth boundaries in 'Willamette Valley' to include parcels of land designated for agriculture, forest, mixed agriculture/forest use, if parcel is predominantly composed of 'prime farmland or forestland'

or 'high-value farmland.' Defines quoted terms by referencing Oregon statutes, federal definitions. Sets forth exceptions for parcels smaller than 80 acres surrounded by land inside urban growth boundary or by land not designated for agriculture, forest, mixed agriculture/forest use. Other provisions."

The modified ballot title for Initiative Petition 149 (2002) states:

"PROHIBITS ADDING PRIME/HIGH-VALUE
FARMLAND, PRIME FORESTLAND TO
WESTERN OREGON URBAN GROWTH
BOUNDARIES; EXCEPTIONS

"RESULT OF 'YES' VOTE:    'Yes' vote prohibits adding parcels of predominantly prime or high-value farmland, or prime forestland to urban growth boundary expansions in Western Oregon, with exceptions.

"RESULT OF 'NO' VOTE:    'No' vote retains laws allowing inclusion of land designated for agriculture, forestry within urban growth boundaries upon showing of specified needs, unavailability of other land.

"SUMMARY:    Current law allows including within urban growth boundary of city or metropolitan service area land designated in acknowledged comprehensive plan for agriculture, forestry, upon requisite showing of need for land or unavailability of other land to meet demonstrated need; agricultural, forestland statewide planning goals are inapplicable within urban growth boundaries. Measure prohibits expanding urban growth boundaries in 'Western Oregon' to include parcels of land designated for agriculture, forest, mixed agriculture/forest use, if parcel is predominately composed of 'prime farmland or forestland' or 'high-value farmland.' Defines quoted terms by referencing Oregon statutes, federal definitions. Sets forth exceptions for parcels smaller than 80 acres surrounded by land inside urban growth boundary or by land not designated for agriculture, forest, mixed agriculture/forest use. Other provisions."

The modified ballot titles are certified.